2026R00019/SM

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Stacey D. Adams, U.S.M.J. |
| | : | |
| v. | : | Mag. No. 26-15031 |
| | : | |
| BILLY JOE HOLMAN, | : | **CRIMINAL COMPLAINT** |
| a/k/a "WILLIAM HOLMAN" | : | |

I, Kevin R. Kozup, being duly sworn, state the following is true and correct to the best of my knowledge and belief:

## SEE ATTACHMENT A

I further state that I am a Special Agent with the Federal Bureau of Investigation, and that this complaint is based on the following facts:

## SEE ATTACHMENT B

continued on the attached pages and made a part hereof.

_/s/ Kevin R. Kozup_
_____

Kevin R. Kozup, Special Agent
FEDERAL BUREAU OF INVESTIGATION

Special Agent Kozup attested to this Affidavit by telephone pursuant to F.R.C.P. 4.1(B)(2)(A) on this 23rd day of March, 2026.

_/s/ Stacey D. Adams_
_____

Hon. Stacey D. Adams
United States Magistrate Judge

## ATTACHMENT A

## COUNT ONE
### (Stalking)

From in or around October 2025 through at least in or around November 2025, in Morris County, the District of New Jersey and elsewhere, the defendant,

BILLY JOE HOLMAN,
a/k/a "WILLIAM HOLMAN,"

with the intent to kill, injure, harass, intimidate, and place under surveillance with intent to kill, injure, harass, and intimidate another person, used the mail, any interactive computer service and electronic communication service and electronic communication system of interstate commerce, and other facilities of interstate and foreign commerce, to engage in a course of conduct that caused, attempted to cause, and would be reasonably expected to cause substantial emotional distress to a person, to wit, Victim 1.

In violation of Title 18, United States Code, Section 2261A(2)(B).

## COUNT TWO
**(Possession of Child Pornography)**

From in or around October 2025 through at least in or around November 2025, in Morris County, the District of New Jersey and elsewhere, the defendant,

BILLY JOE HOLMAN,
a/k/a "WILLIAM HOLMAN,"

knowingly possessed and attempted to possess at least two images of child pornography, as defined in Title 18, United States Code, Section 2256(8), that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, and which images were produced using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer.

In violation of Title 18, United States Code, Section 2252A(a)(5)(B).

## ATTACHMENT B

I, Kevin R. Kozup, am a Special Agent of the Federal Bureau of Investigation ("FBI"). The information contained in the complaint is based upon my personal knowledge, as well as information obtained from other sources, including: (a) statements made or reported by various witnesses with knowledge of relevant facts; (b) my review of publicly available information; and (c) my review of evidence, including video surveillance, business records, and other documents. Because this complaint is being submitted for a limited purpose, I have not set forth every fact that I know concerning this investigation. Where the contents of documents and the actions and statements of others are reported, they are reported in substance and in part, except where otherwise indicated. Where I assert that an event took place on a particular date, I am asserting that it took place on or about the date alleged.

1.      Between in or around October 2025 through at least in or around November 2025, "Victim 1" was a then-12-year-old female residing in Morris County, New Jersey. Victim 1's identity is known to law enforcement and Victim 1's identity is anonymized herein for privacy and victim rights purposes.

2.      In or around October 2025, Victim 1 joined an online social media platform that allows communication through voice calls, video calls, text messaging, and media (the "Platform"). Communication on the Platform can be private or in virtual communities called "servers."[1] Shortly after Victim 1 joined one of the servers on the Platform, she received a private chat invitation from another user who was later identified as 26-year-old defendant BILLY JOE HOLMAN, a/k/a "WILLIAM HOLMAN" ("HOLMAN"). Victim 1 accepted HOLMAN's invitation and the two began chatting.

### *HOLMAN Used Coercive Control to Direct and Compel Victim 1's Actions*

3.      From the outset, HOLMAN systematically targeted Victim 1—an extremely vulnerable child with a history of sexual abuse whom he knew to be 12 years old—by grooming, coercing, and otherwise compelling her to carry out his orders. HOLMAN used coercive control, a pattern of behavior used to dominate

---

[1] A "server" on the Platform is a collection of persistent chat rooms and voice channels accessed by invitation links.

another person through manipulation, including the weaponization of affection followed by verbal abuse or threats, to direct Victim 1's actions.

4.        For example, on or about October 21, 2025,[2] the following exchange took place between HOLMAN and Victim 1 on the Platform:[3]

HOLMAN:    You don't have to convince me, sweatpants

Take that bra off tho

Victim 1:    you don't wanna see the jeans?

HOLMAN:    not yet

I mean I do but it'll definitely be sweatpants

You're so hot tho so show me both

Victim 1:    okayy

HOLMAN:    Ik [I know] baby, you're just so fine 😊

Victim 1:    hehe cat

HOLMAN:    Mmmm sexy af [as fuck]

Fuck your skin tone so sexy

Victim 1:    thank uu

HOLMAN:    Makes me want to kiss every inch

Victim 1:    heehee ❤️

---

[2] The dates and times specified herein correspond to the date and time stamps on messages sent and received by Victim 1. The dates and times appear to be recorded in the Coordinated Universal Time (UTC), which is 4 hours ahead of Eastern Daylight Time in effect in North America between March 9, 2025, at 2:00 a.m. and November 2, 2025, at 2:00 a.m. All dates and times referenced herein are approximate.

[3] All messages are produced verbatim, including expletives, coarse language, and original errors in spelling and grammar. Where necessary, bracketed interpretations of acronyms and slang are provided for clarity.

HOLMAN:   Definitely sweatpants btw [by the way]

They're grey

Victim 1:    okayy

HOLMAN:   Grey is my favorite color

Victim 1:    that's good because i already unbuttoned my jeans and they're so hard to button up

like the hole for the button is a bit too small

HOLMAN:   Good so the sweats gonna be way more comfy

Victim 1:    i guess i'll be wearing more grey

HOLMAN:   Good girl, you'd look hella good with pink on too

Pink looks really good with darker skin tone

I almost said sorry

I can't help myself to talk about your lovely skin

Victim 1:    should i wear this shirt

HOLMAN:   Yeah, I'd say so

5.      This exchange, and others like it, demonstrate how HOLMAN used affection to secure Victim 1's compliance by exploiting her need for love and attention. For instance, after HOLMAN stated, "[g]rey is my favorite color[,]" Victim 1 replied, "i guess i'll be wearing more grey[,]" to which HOLMAN responded: "Good girl[.]"

6.      The exchanges between HOLMAN and Victim 1 frequently show HOLMAN alternating between affection and disappointment to manipulate and control Victim 1. For example, during an exchange on or about October 21, 2025, Victim 1 indicated her bed was messy due to clothes being strewn across it. The following communication ensued:

HOLMAN:   Just clean and take a nap baby it's only clothes

Victim 1:    i'm so lazyy

HOLMAN:   I didn't ask :)

Do it

Victim 1:    okay

7.    In another exchange on or about October 24, 2025, HOLMAN reminded Victim 1 that he "owned" her:

HOLMAN:   I think you should sleep early tonight

Victim 1:    nahh

HOLMAN:   Why do you like saying no to me?

Do I not own you?

Victim 1:    uhmm

i just like to see how you'd react

HOLMAN:   I know but you can't be a brat all the time silly, I love when you're obedient too <3

8.    Approximately 20 minutes later, the following exchange took place:

HOLMAN:   Go to sleep

Victim 1:    i'm so tired that i can't go to sleep

yknow

HOLMAN:   No, I'm telling you to get off your phone. Put on DND [do not disturb]. And go to sleep

It's an order

Victim 1:    😣

okay

HOLMAN:   I love you baby, but you need sleep

- 4 -

Victim 1:    i knowww but i wanna talk to you more

you deserve it today

HOLMAN:    No, I want it when you feel better

I like to take care of the things I own

Victim 1:    okayyy fine

i'll go to sleep

HOLMAN:    Good little girl

9.    Later that day, the following exchange took place:

HOLMAN:    Wyd [what are you doing]? Like specifically

Victim 1:    im gonna brush my hair!

HOLMAN:    Cuteeee I wanna watch

Victim 1:    noo it's really tangled

HOLMAN:    Stop saying no baby

Victim 1:    buttt

HOLMAN:    But what?

Victim 1:    but why

HOLMAN:    Because I want to see you? I own you

[emojis]

Victim 1:    but i don't look good right now

HOLMAN:    You always look good

Why would I own something I don't like to look at?

10.    In another example, on or about November 1, 2025, the following exchange took place:

HOLMAN:    When you're home go to sleep, I'll see your bare ass tomorrow

Victim 1:    no

             i'll do it today

HOLMAN:    Excuse me?

Victim 1:    [emoji]

HOLMAN:    Do not say no to me

Victim 1:    sorry

HOLMAN:    Instead say something like "I'd love to do it today"

Victim 1:    i'm sorry

HOLMAN:    See how you'd seem cuter saying that?

Victim 1:    mhm

HOLMAN:    Good girl

Victim 1:    i'll remember next time [emoji]

HOLMAN:    You better

             I'm getting tired of you telling me no tbh [to be honest]

Victim 1:    i'm sorry

HOLMAN:    You're fine, like said you're learning

Victim 1:    but now i know not too

### *HOLMAN Coerced Victim 1 to Engage in Self-Harm*

11.    Sometime after they began communicating, HOLMAN asked Victim 1 if she had ever cut herself. Victim 1 replied that she had and proceeded to send HOLMAN photos of her previous cuts. HOLMAN encouraged Victim 1's cutting.

12.    For example, on or about October 21, 2025, Victim 1 wrote HOLMAN in a panic that she had lost her cutting blade:

Victim 1:    fuckfuckfuck where's my blade

i actually can't find it i'm gonna die

i'm gonna get a new one

13.    Approximately 42 minutes later, HOLMAN followed up:

HOLMAN:    Did you get a new one cutie? Also I'd stare at your boobs too

Victim 1:    yes i diddd

i was so stressed without it

i wouldn't be able to cut for you without it

i'll send moree ❤️

HOLMAN:    Good girl

Victim 1:    double blade in case i lose it again

and a little lego set for when i get bored

HOLMAN:    That's so cute

Victim 1:    i got some blood on my arm

i look so awkward i hate it

HOLMAN:    Mmmmm holy fuck your tits always make me in a better mood[4]

I'd be in a way better mood if you were bent over in front of me

It's cute

Victim 1:    like thisss??

---

[4] The context of this and many other exchanges reproduced herein suggests HOLMAN is reacting to photos or videos sent by Victim 1. However, because Victim 1 deleted certain messages and media from her account on the Platform, some files—as well as the indication that they were transmitted—are missing from the materials presently in the possession of and reviewed by the FBI.

[Victim 1 then transmitted a photo/video.]

HOLMAN:    Baby, holy fuck

Victim 1:    hehe 😊

HOLMAN:    Now I'm just imagining pulling down your panties

Victim 1:    hmm

HOLMAN:    Ughhh I need you

Victim 1:    i need you tooo

i wish i didn't have to imagine you touching me

HOLMAN:    I wish I didn't have to imagine shoving it in or pounding you

Victim 1:    mhmm

it's all i think about at night but i wish i could feel it

i'm actually still in this position it's like in frozen i'm place

HOLMAN:    Cuteeeee

Waiting for me

[…]

Also that's really hot ngl [not gonna lie]

14.    Several minutes later, the following exchange ensued:

Victim 1:    i'm gonna cut to calm me down

HOLMAN:    I'll go

Victim 1:    no

no

i want you

HOLMAN:    You said you want a break

- 8 -

Victim 1:     From texting

HOLMAN:     I want you to be comfortable baby

              […]

Victim 1:     my mom just came home i was so scared

HOLMAN:     You okay princess?

Victim 1:     mhm

              i was just so surprised

              my cuts sting because i pulled my pants up so roughly

HOLMAN:     Mmmm hot

              My scared little slut

Victim 1:     the one that's just scratches wasn't really working

              i was sharpening the blade and pressing down too

HOLMAN:     I love seeing your cuts but damn I get hard so fast seeing them

Victim 1:     maybe that's a good thingg😊 ❤️

HOLMAN:     Yeah but it has me almost permanently hard silly lol

Victim 1:     hmmm that's too bad

HOLMAN:     Fuck I wish I could see the back angle of that[5]

              I wanna walk in that door and have easy access to your tight pussy

Victim 1:     i swear i literally felt it when i read that

---

[5] The context suggests Victim 1 transmitted a photo or video to which HOLMAN is reacting; however, as noted in fn. 4, the FBI does not possess the underlying media or the message transmitting it.

HOLMAN:   Mmmm good girl

Thinking about my cock baby?

Victim 1:     uh huh

HOLMAN:   Cuteeeee

Victim 1:     now you left me thinking about it!!

HOLMAN:   What you gonna do about the thoughts?

Gonna touch yourself to me?

Victim 1:     maybeee

HOLMAN:   Going to be a naughty little slut and touch that tight pussy?

You already are in my imagination so you might as well

[…]

I wanna lick your fingers[6]

To be fair I wanna eat you out also

15.     HOLMAN then tried to persuade Victim 1 to cut herself:

Victim 1:     i'm really bored

HOLMAN:   You're so cute

Didn't you want to cut baby?

[Victim 1 then transmitted a photo.]

HOLMAN:   Let me fuck you raw against that sink

16.     On or about October 22, 2025, HOLMAN again encouraged Victim 1 to cut herself for HOLMAN's pleasure:

---

[6] *See* fn. 4 above.

Victim 1:    i'm gonna go cut

HOLMAN:    I love when you cut

Such a good little girl for me 😊

Victim 1:    i'll try to make them deeper!!

HOLMAN:    Oooo I believe in you!

Remember just go over the same line

Victim 1:    it's always when i'm just about to cut too

yes yes i know

HOLMAN:    Lollll

[Victim 1 then transmitted a photo.]

HOLMAN:    So sweet

17.    Approximately 12 minutes later, HOLMAN wrote:

HOLMAN:    Mmmm I wish I could cut you

Victim 1:    ughh your so smart

if only we could actually do it

HOLMAN:    Same :(

18.    HOLMAN repeatedly asked Victim 1 to send HOLMAN sexually explicit photos and videos of herself. Some of the videos were too large to send using the free version of the Platform. On or about October 22, 2025, HOLMAN paid for a premium version of the Platform to enable Victim 1 to send HOLMAN those larger videos:

Victim 1:    i made a video of my cutting myself but it's too long

HOLMAN:    I'll buy you [the premium version of the Platform]

[Victim 1 then transmitted a photo.]

- 11 -

Victim 1:    no it's okay i'll get it

i'll send it tmr [tomorrow] i swear

HOLMAN:    You're awesome, just like this gift. Enjoy!

Victim 1:    why does my blood lowkey[7] taste tummy [sic]

HOLMAN:    Cuteeeee

Victim 1:    omg [oh my God] what

you didn't have to do that

HOLMAN:    So you can send longer videos 😊

Victim 1:    thank you loveee

HOLMAN:    You're very welcome 😊

19.    HOLMAN engaged in this conduct with full awareness that he was speaking to a minor. As of October 22, 2025, he knew Victim 1 was only 12 years old. Specifically, the exchange referenced in the preceding paragraph continued as follows:

Victim 1:    sometimes i forget your like a grown adult

and i'm not even 15

HOLMAN:    Oh? Does it bother you?

Victim 1:    no not at all

makes it even better 😊

HOLMAN:    **I knew you were under 16, now I know it's below 15**

Victim 1:    getting closer

---

[7] In Gen Z slang, lowkey is an adverb used to describe something that is subtle, secret, or understated. It is frequently used to downplay a feeling or admission.

HOLMAN:    Lol silly

Victim 1:    i guess i'll ask now

how young is too young for you

HOLMAN:    Idc [I don't care] about your age

Victim 1:    but like think about it

imagine i was like 8 years old

HOLMAN:    No

Victim 1:    would you block me? stop talking to me?

HOLMAN:    [Victim 1], I'm not doing this game

Victim 1:    sigh

okay fine

HOLMAN:    You're not 8 silly

Victim 1:    i knoww

HOLMAN:    And I told you idm [I don't mind] your age so that's all

Victim 1:    but i just wanted to see

HOLMAN:    I'd say below 13 probably

Victim 1:    you wouldn't talk to me?

if i was

HOLMAN:    Are you?

Victim 1:    what do you think

HOLMAN:    No

Victim 1:    okay

HOLMAN:    Are you?

- 13 -

Victim 1:    if you think i am

if not

HOLMAN:   [Victim 1], I've asked a question

You're not getting blocked

Victim 1:    😦

**i'll turn 13 in like 4 monthssss**

ughh

HOLMAN:   **Okayy, not too far off anyways :)**

Victim 1:    i was just scared

i don't wanna lose you

HOLMAN:   I know but you were brave, I'm proud of you <3

Victim 1:    i love you

HOLMAN:   I love you too silly

Victim 1:    mwaaahh

HOLMAN:   Mwahhhh

(emphasis added).

20.     HOLMAN persuaded Victim 1 to hide her cutting, as well as HOLMAN's existence, from the adults in her life, including her parents and her therapist. For example, on or about October 22, 2025, HOLMAN and Victim 1 discussed her upcoming therapy session:

Victim 1:    i'm worried for therapy tomorrow

HOLMAN:   Why?

Victim 1:    becauseee

what if i say something and then it leads to another

should i just lie?

HOLMAN:    About what exactly?

Victim 1:    like if she asks if i cut

or anything around that

HOLMAN:    Say no

Victim 1:    okay

i won't bring you up either

i wasn't gonna

becauseee

HOLMAN:    I'd prefer you not

Victim 1:    that would get me in big trouble

HOLMAN:    Heavily

Victim 1:    probably you too

[emoji]

HOLMAN:    [emoji]

Victim 1:    do you think you would get arrested or something?

this is like a felony

what's a felony

HOLMAN:    Can we yet again not talk about this?

Victim 1:    okay sowwyyy [sorry]

HOLMAN:    You're fine silly

[Victim 1 then transmitted a photo.]

21.    Later the same day, HOLMAN inquired about the therapy session:

- 15 -

HOLMAN:　How did it go???

Victim 1:　good

　　　　　she only asked about cutting and if i was feeling good

　　　　　my mom already told her i cut so no use to lie

HOLMAN:　Did you say you felt good?

　　　　　I mean you like cutting

Victim 1:　i didn't say that

HOLMAN:　Oh

Victim 1:　she asked if i did it to cope or because i was sad

　　　　　i just said i did it to do it

22.　　HOLMAN's emotional manipulation of Victim 1 was so severe and effective that Victim 1 told HOLMAN she wished he could be the one cutting her. Specifically, on or about October 24, 2025, they exchanged the following messages:

Victim 1:　i really wanna cut

　　　　　i want you to cut me

HOLMAN:　Fineeee I missed you tho

Victim 1:　i missed you too!!

HOLMAN:　That'd get me so horny

Victim 1:　hehe 😊

　　　　　you'd cut me deep

HOLMAN:　Yesss

Victim 1:　not caring about my whines or tears

　　　　　i'd be so turned on

HOLMAN:   Of course you would you little slut

23.    At HOLMAN'S direction and through his coercion, Victim 1 carved their first initials—"W"[8] and "M"—into her skin (see paragraph 30 below). As explained in an exchange on or about October 22, 2024, Victim 1 told her mother the initials were her own to conceal HOLMAN'S involvement:

Victim 1:    omg oh my god oh my god

my mom saw my cuts

fuckkk

HOLMAN:    How???

Victim 1:    she's like actually sobbing rn [right now]

[…]

HOLMAN:    Did she see the one of initials?

Victim 1:    i think

but she couldn't make it out

HOLMAN:    Oh okay

Victim 1:    i'll just say it's m m

24.    HOLMAN was fully aware that his conduct caused Victim 1 physical and emotional injury. For example, on or about October 24, 2024, when Victim 1 wrote "i wanna cut[,]" HOLMAN replied:

HOLMAN:    I want you to cut but we can't yet

[…]

---

[8] While a driver's database check identifies HOLMAN's first name as Billy, the investigation shows that Victim 1 believed his first initial was "W"—making it likely that HOLMAN is also known by the name William, for which Billy is a common nickname.

- 17 -

> Because if you go to the hospital we can't talk and you can't cut for longer

Victim 1:    i'll only go to the hospital if someone finds out again

HOLMAN:    Do they body check you?

Could happen just like last time

Accidentally even

[…]

Baby I would miss you far too much

We need to do it smart

You got to be strong

Victim 1:    i'll do it smart!

i'll cut on my waist

[…]

HOLMAN:    Hmmm you fine with that?

Victim 1:    mhm

HOLMAN:    Cut for me baby

Victim 1:    once i get home!!

25.    Later that evening, HOLMAN wrote Victim 1: "Ugh I can't wait to watch you cut again[.] I've missed it so much[.]" Victim 1 replied: "Yes!!!"

26.    HOLMAN manipulated Victim 1 into believing that she deserved to be physically assaulted by HOLMAN. On or about October 31, 2025, HOLMAN wrote: "I want to beat you[.]" Victim 1 replied: "i deserve it[.]" HOLMAN then wrote: "You do[.]"

27.    HOLMAN also directed Victim 1 to punch herself. Specifically, on or about November 1, 2025, Victim 1 asked HOLMAN what else HOLMAN wanted Victim 1 to do to herself:

- 18 -

Victim 1:    what else do you want me to do

now that i'm doing everything

HOLMAN:    Punch your tummy :)

What silly?

Victim 1:    it's gonna take me a bit

HOLMAN:    I can wait

After this you sleep

28.    Victim 1 then sent HOLMAN a video clip. HOLMAN responded:

HOLMAN:    Mmmmm holy fuck I want you rn [right now]

I want to punch your gut as I fuck you raw

Victim 1:    yayy i did it well!

HOLMAN:    You punched harder than I thought you would

I love that video so much

Victim 1:    halloween spirit [emoji]

HOLMAN:    Being an especially good slut on Halloween <3

Victim 1:    hehee i love being your slut [emoji]

i'll do anything you ask me to

foreverrrrr

HOLMAN:    Seems that way so far :)

You sometimes take time to do it but you'll grow more accustomed to just doing as I say

Victim 1:    but sometimes it's so fun when i'm bratty or i disobey

- 19 -

### *HOLMAN Coerced Victim 1 to Send Child Sexual Abuse Materials*

29.    HOLMAN used the coercive control method outlined above to entice and coerce Victim 1 to send HOLMAN increasingly explicit videos and photographs of herself, at least two of which constitute child pornography (as defined in 18 U.S.C. § 2256) and/or child exploitation (collectively referred to herein as Child Sexual Abuse Materials or "CSAM").

30.    Specifically, on or about October 22, 2025, Victim 1 sent HOLMAN the following two images:

a.  The first image ("Image 1") appears to depict Victim 1 lying on her back with her legs propped up at a 45-degree angle, wearing pink and white underwear, with her right hand placed underneath her underwear in the area of her genitals. Scarring can be seen on Victim 1's right hip, which appears to depict the first initials of HOLMAN (i.e., "W") and Victim 1 (i.e., "M"). A laptop computer can be seen on the bed in the background of the image. The metadata of Image 1 confirms that it was created on or about October 22, 2025, at approximately the time Victim 1 transmitted it to HOLMAN.

b.  The second image ("Image 2") appears to depict Victim 1 laying on her back with her legs propped up at a 45-degree angle. She appears to not be wearing underwear, and her right hand is in between her legs covering her genital area. Scarring showing HOLMAN and Victim 1's respective initials, "W" and "M," are visible on Victim 1's right hip. A laptop computer can be seen on the bed in the background of the image.

31.    Based on my education, training and experience, Image 1 and Image 2 constitute CSAM.

32.    Furthermore, based on my education, training and experience, and my discussions with other law enforcement officers and witnesses, and to the best of my knowledge and belief, Image 1 and Image 2 were transported and transmitted in interstate commerce and were transported and transmitted using any means and facility of interstate and foreign commerce, including by computer.

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of New Jersey

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No.   26-mj-15031 (SDA) |
| | ) | |
| **BILLY JOE HOLMAN,** | ) | |
| **a/k/a "WILLIAM HOLMAN"** | ) | |
| | ) | |
| *Defendant* | | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    BILLY JOE HOLMAN, a/k/a "WILLIAM HOLMAN"                                ,
who is accused of an offense or violation based on the following document filed with the court:

❒ Indictment     ❒ Superseding Indictment     ❒ Information     ❒ Superseding Information     ☑ Complaint
❒ Probation Violation Petition     ❒ Supervised Release Violation Petition     ❒ Violation Notice     ❒ Order of the Court

This offense is briefly described as follows:

Stalking, in violation of 18, United States Code, Section 2261A(2)(B).
Possession of child pornography, in violation of Title 18, United States Code, Section 2252A(a)(5)(B).

Date:     3/23/2026                           /s/ Stacey D. Adams
                                         *Issuing officer's signature*

City and state:     Newark, NJ                    Hon. Stacey D. Adams, U.S.M.J.
                                         *Printed name and title*

| **Return** |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ at *(city and state)* _____ . |
| Date: _____                           _____ |
| *Arresting officer's signature* |
| _____ |
| *Printed name and title* |